**Rudolph Ring VARGAS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28330.

Court of Criminal Appeals of Texas.

May 16, 1956.

**John Daniel MITCHELL, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28321.

Court of Criminal Appeals of Texas.

May 16, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the unlawful carrying of a pistol; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.